|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES, *et al.*,

     Plaintiffs,

v.

ELIZONDA MARINA dba ELICHONDO'S ELECTRICS, *et al.*,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil No. 06-CV-1928-L(RBB)

**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE [doc. #4]**

  Good cause appearing, **IT IS ORDERED** granting plaintiffs' motion for voluntary dismissal with prejudice. **IT IS FURTHER ORDERED** that the Clerk of the Court close this case.

  **IT IS SO ORDERED.**

DATED: May 1, 2007

             _____
             M. James Lorenz
             United States District Court Judge

COPY TO:

HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL